

# Fourth Court of Appeals
## San Antonio, Texas

June 1, 2015

No. 04-14-00772-CR

Jonathan Jose **GUILLEN**,
Appellant

v.

**THE STATE OF TEXAS,**
Appellee

From the 186th Judicial District Court, Bexar County, Texas
Trial Court No. 2013CR2647
Honorable Maria Teresa Herr, Judge Presiding

## O R D E R

The record in this appeal was complete on April 28, 2015, making appellant's brief due May 28, 2015. The court notified appellant's counsel of the filing and that appellant's brief was therefore due. Appellant has filed a motion requesting a sixty-day extension of time to file his brief.

We **grant the motion in part** and order appellant's brief due **June 29, 2015**.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 1st day of June, 2015.

_____
Keith E. Hottle
Clerk of Court